# ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633                                                                 TELEPHONE: (212) 748-3355

March 17, 2008

**BY ECF & MAIL**
Honorable Richard J. Sullivan
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:    *Sharone Bunim*, et al. v. *City of New York*, et al., 05 Civ. 1562 (RJS) (JCF)
             *Ritu Kalra*, et al. v. *City of New York*, et al., 05 Civ. 1563 (RJS) (JCF)
             *Lindsay Ryan*, et al. v. *City of New York*, et al., 05 Civ. 1564 (RJS) (JCF)
             *Adrienne Garbini*, et al. v. *City of New York*, et al., 05 Civ. 1565 (RJS) (JCF)
             *Adam Greenwald*, et al. v. *City of New York*, et al., 05 Civ. 1566 (RJS) (JCF)
             *Brian Pickett*, et al. v. *City of New York*, et al., 05 Civ. 1567 (RJS) (JCF)
             *Wendy Tremayne*, et al. v. *City of New York*, et al., 05 Civ. 1568 (RJS) (JCF)
             *Jeremy Biddle*, et al. v. *City of New York*, et al., 05 Civ. 1570 (RJS) (JCF)
             *Matthew Moran*, et al. v. *City of New York*, et al., 05 Civ. 1571 (RJS) (JCF)
             *Sacha Botbol*, et al. v. *City of New York*, et al., 05 Civ. 1572 (RJS) (JCF)
             *Emilia Crotty*, et al. v. *City of New York*, et al., 05 Civ. 7577 (RJS) (JCF)
             *Jeffrey Stark*, et al. v. *City of New York*, et al., 05 Civ. 7579 (RJS) (JCF)
             *Kathleen Lalier*, et al. v. *City of New York*, et al., 05 Civ. 7580 (RJS) (JCF)
             *Kaitlyn Tikkun* v. *City of New York*, et al., 05 Civ. 9901 (RJS) (JCF)

Your Honor:

        Plaintiffs in the above-referenced matters write to join in the arguments raised in the consolidated brief submitted by class counsel, Alan Levine, and Jeffrey Rothman, in response to defendants' Rule 72 objections to Magistrate Judge Francis' Order concerning amendment of complaints. Plaintiffs hereby adopt by reference the arguments so ably made by my colleagues, and respectfully request that the Court reject defendants' objections and affirm Magistrate Judge Francis' Order.

-2-

Thank you for your consideration in this matter.

Respectfully,

/s

Rose M. Weber (RW 0515)

cc:     RNC counsel (by ECF)